UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Vincent Bruce Jackson**             Docket No. 7:14-CR-74-1BO

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Vincent Bruce Jackson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 846 and 21 U.S.C.§ 841(b)(1)(B), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on May 13, 2015, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Vincent Bruce Jackson was released from custody on March 2, 2022, at which time the term of supervised release commenced.

On March 8, 2022, the case was reassigned to United States District Judge Terrence W. Boyle.

On March 9, 2022, the court signed a Petition for Action to allow the defendant to undergo placement in a residential reentry center for a period of not more than 120 days, as arranged by the probation office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 28, 2024, the defendant tested positive for the use of marijuana. Jackson admitted to marijuana use when confronted and signed an admission form acknowledging the same. As a result of the recent drug positive, the probation office is recommending that the defendant be referred for a substance abuse assessment. We are hopeful that his exposure to drug treatment will assist the defendant in learning abstinence skills. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Vincent Bruce Jackson
Docket No. 7:14-CR-74-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Quanda L. Lunsford<br>Quanda L. Lunsford<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8801<br>Executed On: May 8, 2024 |

## ORDER OF THE COURT

Considered and ordered this ___8___ day of __May__, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge